SEDGWICK, DETERT, MORAN & ARNOLD LLP
ROBERT BERG  Bar No. 99319
robert.berg@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant David Bruntz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IN ADMIRALTY

| | |
|---|---|
| IN THE MATTER OF IN RE: DAVID BRUNTZ, as owner of a 2001 Twenty-foot Sanger/Sangair, HIN No. SANLX336G001, California Registration No. CF 2094 PT, in a cause of action for exoneration from or limitation of liability.<br><br>Petitioner. | CASE NO.  C08-04613 SBA<br><br>**STIPULATION AND ORDER RE DISMISSAL OF CLAIM IN LIMITATION ACTION** |

Plaintiff Bruntz, the person having filed the present Limitation Action in the current court, and claimant Thomas Fowlie, both having been fully advised by their counsel of record herein, hereby stipulate, consent and agree to the following, so that the parties may avoid any further litigation regarding the current Limitation Action, and stipulate as follows:

1. That there is a current Limitation Action pending before this court;

2. That it is stipulated and agreed by and between the undersigned parties that they have settled and will dismiss the California Superior, County of Contra Costa, Action No. C08-0252, filed by Thomas Fowlie, which suit constitutes a claim in the present Limitation Action;

3. That the undersigned parties stipulate and agree that, for the consideration of $500,000 paid on behalf of David Bruntz, that the claim by Thomas Fowlie in the herein Limitation Action is settled and dismissed;but, the rights of other claimants is unaffected.

1    4.   That this court approves of the settlement and orders that, as respects to this
2 claimant, Thomas Fowlie, in the current Limitation Action, for himself, his agents, assigns, heirs,
3 predecessors-in-interest and successors-in-interest agree that the claim herein of Thomas Fowlie
4 in this current Limitation Action has been satisfied by the above-mentioned consideration.
5    It is so stipulated, consented and agreed:
6 Dated: __12/29__, 2008          McKINLEY & SMITH
7                                 A Professional Corporation
8
9                                 By:_____
                                  TIMOTHY M. SMITH
10                                Attorneys for Defendant
                                  THOMAS FOWLIE
11
12 Dated: _____, 2008   SEDGWICK, DETERT, MORAN & ARNOLD LLP
13
14
                                  By:_____
15                                ROBERT N. BERG
                                  Attorneys for Defendant
16                                DAVID BRUNTZ

17   IT IS SO ORDERED.
18
19 Dated: _1/9/09_____, XXXX    _____
                                  Honorable Sandra Armstrong
20                                UNITED STATES DISTRICT COURT JUDGE
                                  NORTHERN DISTRICT OF CALIFORNIA
21
22
23
24
25
26
27
28

SF/1556965v1                          -2-                           Case No. C08-04613 SBA
               STIPULATION AND ORDER RE DISMISSAL OF CLAIM IN LIMITATION ACTION

4. That this court approves of the settlement and orders that, as respects to this claimant, Thomas Fowlie, in the current Limitation Action, for himself, his agents, assigns, heirs, predecessors-in-interest and successors-in-interest agree that the claim herein of Thomas Fowlie in this current Limitation Action has been satisfied by the above-mentioned consideration.

It is so stipulated, consented and agreed:

Dated: _____, 2008   McKINLEY & SMITH
A Professional Corporation


By: _____
TIMOTHY M. SMITH
Attorneys for Defendant
THOMAS FOWLIE

Dated: 12-24, 2008   SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: /s/ Robert Berg
ROBERT N. BERG
Attorneys for Defendant
DAVID BRUNTZ

IT IS SO ORDERED.

Dated: _____, 2008

_____
Honorable Sandra Armstrong
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA