```
 1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    ROBERT BERG  Bar No. 99319
 2  robert.berg@sdma.com
    One Market Plaza
 3  Steuart Tower, 8th Floor
    San Francisco, California 94105
 4  Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
 5
    Attorneys for Petitioner David Bruntz
 6
 7
```



RECEIVED
OCT 3 - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
OCT 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IN ADMIRALTY

| IN THE MATTER OF IN RE: DAVID BRUNTZ, as owner of a 2001 Twenty-foot Sanger/Sangair, HIN No. SANLX336G001, California Registration No. CF 2094 PT, in a cause of action for exoneration from or limitation of liability.<br><br>Petitioner. | CASE NO. C08-04613 MEJ ADR<br><br>**ORDER FOR AD INTERIM STIPULATION** |
|---|---|

WHEREAS, a complaint for limitation of and exoneration from liability has been filed by Petitioner David Bruntz, as Owner of the vessel described as a 2001 twenty-foot Sanger/Sangair, HIN No. SANLX336G001, California Registration No. CF 2094 PT, (hereinafter the "Vessel"), in which Petitioner, prays, among other things, an appraisal of the value of Petitioner's interest in the Vessel, and for leave to file an interim stipulation for such amount pending such appraisal, and it appearing from the Affidavit of David Bruntz sworn to on the 27th day of September 2008, and filed herein, that upon conclusion of the voyage on which the Vessel was proceeding at the time of the events referred to in the complaint her value did not exceed $41,241.86 and that her pending freight was zero,

Now, on motion of Robert Berg, Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, CA 94105, attorneys for Petitioner, it is

1     ORDERED, that the Petitioner file herein an interim stipulation for value in the sum of
2 $41,241.86, said sum being greater than Petitioner's interest in the Vessel and pending freight, if
3 any, and it is further

4     ORDERED, that any party may apply to have the amount of such stipulation increased or
5 diminished, as the case may be, upon the filing of the report of a Commissioner appointed to
6 appraise the value of the Petitioner's interest in the Vessel or upon ultimate determination of the
7 Court of exceptions to the Commissioner's report.

8 IT IS SO ORDERED.
9 2/11/09

*Saundra B. Armstrong*
Judge of the United States District Court