SEDGWICK, DETERT, MORAN & ARNOLD LLP
ROBERT BERG Bar No. 99310
robert.berg@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Petitioner David Bruntz

RECEIVED
OCT 8 - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

FILED
OCT - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IN ADMIRALTY

IN THE MATTER OF IN RE: DAVID BRUNTZ, as owner of a 2001 Twenty-foot Sanger/Sangair, HIN No. SANLX336G001, California Registration No. CF 2094 PT, in a cause of action for exoneration from or limitation of liability.

Petitioner.

CASE NO. C08-04613 ADR MEJ

**ORDER ON MOTION FOR COURT APPROVAL OF LETTER OF UNDERTAKING AND ISSUANCE OF MONITION OR INJUNCTION**

ON THIS DATE, came on to be considered Limitation Petitioner, David Bruntz's Motion for Court Approval of Letter of Undertaking and Issuance of Monition or Injunction in support of Petitioner's Verified Complaint for Exoneration From or Limitation of Liability. The Court having considered the Motion and related pleadings, is of the opinion that the Motion is well taken and should, in all things, be GRANTED.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED Petitioner's letter of undertaking filed concurrently with Petitioner's Motion for Court Approval of Letter of Undertaking and Issuance of Monition or Injunction and Petitioner's Verified Complaint for Exoneration From or Limitation of Liability, shall serve as requisite security under FRCivP Supp F(1). The Court further issues a monition and injunction pursuant to FRCivP Supp F(3) enjoining the further prosecution of any actions or proceedings against the Petitioner or his

property with respect to any claim subject to limitation in this action, and requiring the filing of claims in this action.

IT IS SO ORDERED.

2/25/09

*Saundra B. Armstrong*
Judge of the United States Superior Court
DISTRICT

-2-     CASE NO.
ORDER ON MOTION FOR COURT APPROVAL OF LETTER OF
UNDERTAKING AND ISSUANCE OF MONITION OR INJUNCTION

SF/1538498v1