SEDGWICK, DETERT, MORAN & ARNOLD LLP
Robert Berg
State Bar No. 99319
email: robert.berg@sdma.com
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
415.781.7900 ph | 415.781.2635 fx
ATTORNEYS FOR PETITIONER DAVID BRUNTZ

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**
**IN ADMIRALTY**

| | |
|---|---|
| IN THE MATTER OF<br><br>IN RE: DAVID BRUNTZ, as owner of a 2001 Twenty-foot Sanger/Sangair, HIN No. SANLX336G001, California Registration No. CF 2094 PT, in a cause of action for exoneration from or limitation of liability.<br><br>Petitioner. | CASE NO. C08-04613<br><br>**SUPPLEMENTAL ORDER FOR MONITION** |

On October 3, 2008, Petitioner filed a motion for Court approval of letter of undertaking and issuance of monition of injunction. On February 25, 2009, the Court entered an Order granting the same.

Thereafter, the Petitioner requested that the Court issue a supplemental order on issues raised in the Motion.

Accordingly, it is

ORDERED, that a notice issue out of and under the seal of this Court, citing all persons asserting claims with respect to which the complaint seeks exoneration or limitation and admonishing them to file their claim with the Clerk of this Court at the United States Courthouse, for the Northern District of California, 1301 Clay Street, Suite 400S, Oakland, CA 94612-5212, on or before **May 11**, **2009**, and to serve upon or mail to the attorneys for Petitioner

1  a copy thereof on or before the same date, or be defaulted, with liberty to any person claiming
2  damages as aforesaid who shall have presented his claim to the Clerk of this Court to answer
3  said complaint and controvert any allegations made by Petitioner therein; and it is further
4      ORDERED, that public notice of said notice be given, as provided by Rule F, Supplemental
5  Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, by
6  publication of a notice, in The Contra Costa Times, a newspaper published in Contra Costa
7  County, California, once in each week for four (4) successive weeks before the return date of
8  said notice, and that plaintiff no later than the day of the second publication shall mail a copy of
9  said notice to every person known to have any claim against the vessel or Petitioner or to his
10 attorney, if known.
11     ORDERED, that the service of this Order and the Court's Order of February 25, 2009
12 enjoining further prosecution of any actions or proceedings against the Petitioner or his property
13 with respect to any claim subject to limitation in this action and requiring the filing of claims in
14 this action be made in the usual manner by delivery of copies of the Orders to the person or
15 persons to be enjoined or to their prospective attorney.
16
17 IT IS SO ORDERED.
18 DATE: 4/8/09

          *Saundra B. Armstrong*
19           Saundra Brown Armstrong
          Judge, United States District Court