SEDGWICK, DETERT, MORAN & ARNOLD LLP
Robert Berg
State Bar No. 99319
email: robert.berg@sdma.com
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
415.781.7900 ph | 415.781.2635 fx
ATTORNEYS FOR PETITIONER DAVID BRUNTZ

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**
**IN ADMIRALTY**

| | |
|---|---|
| IN THE MATTER OF<br><br>IN RE: DAVID BRUNTZ, as owner of a 2001 Twenty-foot Sanger/Sangair, HIN No. SANLX336G001, California Registration No. CF 2094 PT, in a cause of action for exoneration from or limitation of liability.<br><br>Petitioner. | CASE NO. C08-04613<br><br>**[PROPOSED] ORDER TO CLOSE PERIOD FOR FILING OF CLAIMS AND DEFAULT ALL NON-APPEARING POTENTIAL CLAIMANTS** |

This cause is before the Court on Petitioner's Motion to Close Period for Filing of Claims and Default All Non-Appearing Potential Claimants. No opposition thereto has been filed. Upon consideration it is hereby

ORDERED: The Motion is GRANTED and any individuals or entities that have not filed a claim in this action are barred, pursuant to 40 U.S.C. § 30509, et seq., and Supplemental Rule F of the Federal Rules of Civil Procedure, "from asserting claims in the future against the Petitioner as a result of the matters which are the subject of this Limitation."

DATE: 6/29/09

*Saundra B. Armstrong*
Saundra Brown Armstrong
United States District Judge

SF/1599250v1

1   CASE NO. C08-04613
**[PROPOSED] ORDER TO CLOSE PERIOD FOR FILING OF CLAIMS AND DEFAULT ALL NON-APPEARING POTENTIAL CLAIMANTS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SF/1599250v1

2   CASE NO. C08-04613
**[PROPOSED] ORDER TO CLOSE PERIOD FOR FILING OF CLAIMS AND DEFAULT ALL NON-APPEARING POTENTIAL CLAIMANTS**