SEDGWICK, DETERT, MORAN & ARNOLD LLP
Robert N. Berg  Bar No. 99319
email: robert.berg@sdma.com
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
415.781.7900 ph | 415.781.2635 fx

ATTORNEYS FOR PETITIONER, DAVID BRUNTZ

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**
**IN ADMIRALTY**

| | |
|---|---|
| IN THE MATTER OF<br><br>IN RE: DAVID BRUNTZ, as owner of a 2001 Twenty-foot Sanger/Sangair, HIN No. SANLX336G001, California Registration No. CF 2094 PT, in a cause of action for exoneration from or limitation of liability.<br><br>Petitioner. | CASE NO. C08-04613<br><br>**AMENDED ORDER GRANTING MOTION TO DISMISS** |

Petitioner David Bruntz's motion to dismiss came on regularly for hearing before this Court on August 18, 2009 before the Honorable Saundra B. Armstrong.  After full consideration of the motion, this Court orders as follows:

IT IS HEREBY ORDERED that Petitioner David Bruntz's motion to dismiss with prejudice is granted, and the letter of undertaking is released.

Dated: 10/7/09

*[signature]*
The Honorable Saundra B. Armstrong
U.S. District Court, Northern District of California

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On October 2, 2009, I served the within document(s):

**[PROPOSED] AMENDED ORDER GRANTING MOTION TO DISMISS**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

| | |
|---|---|
| Ms. Ines Kowalski<br>State Farm Insurance Company<br>P.O. Box 2375<br>Bloomington, Illinois 61702-2375<br>Claim No. 05M433350 | Scott Giescke<br>935 Jefferson Street<br>Santa Clara, California 95050-4722 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 2, 2009, at San Francisco, California.

_____
Andrea Mackenzie

SF/1629510v1